Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA 216931)
greg.korman@kattenlaw.com
Andrew J. Demko (CA 247320)
andrew.demko@kattenlaw.com
Paul A. Grammatico (CA 246380)
paul.grammatico@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067
Telephone:  310.788.4400
Facsimile:    310.788.4471

Attorneys for Defendant
LOGIX FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES YOON, individually and as a representative of the class,<br><br>Plaintiff<br><br>v.<br><br>LOGIX FEDERAL CREDIT UNION,<br><br>Defendant | Case No. 5:14-cv-00969-PSG-JPRx<br><br>Magistrate Judge: Jean P. Rosenbluth<br><br>**DISCOVERY MATTER – [PROPOSED] ORDER ON STIPULATION FOR PROTECTIVE ORDER** |

**WHEREAS**, the Court has reviewed the concurrently filed stipulation of Plaintiff, Charles Yoon ("Plaintiff") and Defendant, Logix Federal Credit Union ("Defendant"), for a protective order governing disclosure of confidential information in this litigation, and finding good cause therefore, it is so ordered that:

1. The stipulated protective order is entered by the Court.

**IT IS SO ORDERED.**

Date: September 26, 2014

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE