1  ROSE F. LUZON (SBN 221544)                       E-FILED 12/12/14
2  VALERIE CHANG (SBN 295147)
   **SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**       JS-6
3  401 West A Street, Suite 2350
4  San Diego, CA 92101
   Telephone: (619) 235-2416
5  Facsimile: (866) 300-7367
6  Email: rluzon@sfmslaw.com
7  Email: vchang@sfmslaw.com

8  STEPHEN J. FEARON, JR.
9  RAYMOND BARTO
   **SQUITIERI & FEARON, LLP**
10 32 E. 57th St., 12th Floor
11 New York, NY 10022
   Telephone: (212) 421-6492
12 Facsimile: (212) 421-6553
13 Email: stephen@sfclasslaw.com
14 Email: raymond@sfclasslaw.com

15 *Attorneys for Plaintiff and the Proposed Class*
16 [Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES YOON, individually and as a representative of the class,<br><br>Plaintiff,<br>v.<br><br>LOGIX FEDERAL CREDIT UNION<br><br>Defendant. | Case No.: 5:14-cv-00969 -PSG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**; ORDER |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, on behalf of himself alone and not on behalf of any other person or entity, and Defendant stipulate and agree that Plaintiff's individual claims with regard to the above entitled action, be and hereby are dismissed with prejudice and without costs in favor of or against any party.

Dated: December 11, 2014                    Respectfully submitted,

By: /s/  Rose F. Luzon
ROSE F. LUZON (SBN 221544)
VALERIE CHANG (SBN 295147)
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
11755 Wilshire Blvd.
Los Angeles, CA 90025
Telephone: (310) 479-0944
Facsimile: (866) 300-7367
Email: rluzon@sfmslaw.com
           vchang@sfmslaw.com

RONALD S. KRAVITZ (SBN 129704)
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
One California St., Suite 900
San Francisco, CA 94111-5401
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: rkravitz@sfmslaw.com

STEPHEN J. FEARON, JR.
RAYMOND BARTO
**SQUITIERI & FEARON, LLP**
32 East 57th St., 12th Floor
New York, New NY 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
Email: stephen@sfclasslaw.com
Email: adam@sfclasslaw.com

*Attorneys for Plaintiff and the Proposed Class*


By: /s/ Paul Grammatico
STUART RICHTER
PAUL A. GRAMMATICO
**KATTEN MUCHIN RONSENMAN LLP**
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 966-6819
Email: stuart.richter@kattenlaw.com
Email: paul.grammatico@kattenlaw.com

*Attorneys for Defendant Logix Federal Credit Union*

**IT IS SO ORDERED.**

DATED: 12/12/14

_____
**U.S. DISTRICT JUDGE**